# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                   Crim. No. 4:96-CR-54-3BO

CLEVE WILLIAM FRAZIER

On April 23, 2014, the above named was released from prison and commenced a term of supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                  /s/ C. Lee Meeks, Jr.  
Robert L. Thornton                      C. Lee Meeks, Jr.  
Supervising U.S. Probation Officer        U.S. Probation Officer  
                                               200 Williamsburg Pkwy, Unit 2  
                                               Jacksonville, NC 28546-6762  
                                               Phone: 910-346-5105  
                                               Executed On: June 21, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _22_ day of _June_, 2017.

Terrence W. Boyle  
U.S. District Judge